UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 - 38486 |
| Marcello H. D'Landazuri, | ) | Chapter 13 |
| | ) | The Honorable Judge Bruce W. Black |
| Debtor. | ) | Trustee Glenn Stearns |

Hearing Date: October 23, 2015 at 10:00 a.m.

## NOTICE OF MOTION FOR A FINAL ORDER

To:

Marcello H. D'Landazuri            Glenn Stearns
6009 Brookridge Dr.                Chapter 13 Trustee
Palatine, IL 60586                 mcguckin_m@lisle13.com

United States Trustee
USTPRegion11.ES.ECF@usdoj.gov

SEE ATTACHED LIST

## NOTICE OF MOTION

Please take notice that on October 23, 2015 at 10:00 a.m., I shall appear in the U.S. Bankruptcy Court for the Northern District of Illinois at the **Joliet City Hall, 150 West Jefferson Street 2nd Floor, Joliet, Illinois 60432** before the Honorable Judge Black and then and there present the following motion:

**Motion For a Final Order**

By: /s/ Derrick B. Hager
Debtor's Attorney

Derrick B. Hager, PC
Derrick B. Hager, Attorney at Law
1525 Kautz Rd. Suite 400
West Chicago, IL 60185
630-587-7490
630-587-7493fax

## AFFIDAVIT OF SERVICE

As an attorney, I certify under penalty of perjury that I mailed a copy of this notice (and the attached motion and order) to the above listed persons and to each of the creditors on the attached list by depositing same in the U.S. Mail at a U.S. Post Office in West Chicago, Illinois on September  28  , 2015, postage prepaid, addressed to the people listed above or served by electronic transmission via the Clerk of the Court's office.

/s/ Derrick B. Hager
Debtors' Attorney

SERVICE LIST

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>:

McCalla Raymer, LLC
Authorized Agent for BAC Home Loan Servicing
National Bankruptcy Department
1544 Old Alabama Rd.
Roswell, GA 30076-2102

Specialized Loan Servicing, LLC
Bankruptcy Department
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 - 38486 |
| Marcello H. D'Landazuri, | ) | Chapter 13 |
| | ) | The Honorable Judge Bruce W. Black |
| Debtor. | ) | Trustee Glenn Stearns |

Hearing Date: October 23, 2015 at 10:00 a.m.

## MOTION FOR A FINAL ORDER

NOW COMES the debtor, Marcello H. D'Landazuri, by and through his attorney, Derrick B. Hager, and in support of his Motion for A Final Order, state as follows:

1. The above captioned Chapter 13 bankruptcy case was filed on August 28, 2010.

2. That Debtor's Chapter 13 Plan, in Section G, provided that

    "No secured claim shall be paid to the second mortgage holder, BAC Home Loan Servicing (account #136296454) as it is a wholly unsecured second mortgage. Upon completion of the Plan, second mortgage holder, BAC Home Loan Servicing, shall file a release lien with the Kendall County Recorder's office."

3. No party, including BAC Home Loan Servicing or its subsequent assignee, Specialized Loan Servicing, LLC objected to the treatment of the second mortgage as provided for in the Plan. Notice and knowledge of such treatment was verified when BAC Home Loan Servicing filed a proof of claim, Claim number 7-1.

4. That on December 23, 2010 this Court entered an Order Confirming the Plan as filed.

8. That all of the conditions precedent required for the avoidance and release of BAC Home Loan Servicing's second mortgage lien have been met as follows:

    a. The Debtor has completed all Plan payments required by the confirmed and later modified Plan. A copy of the Trustee's Notice of Completion of Plan Payments is attached hereto as Exhibit A;

    b. The Debtor has received a discharge under Section 1328(a) of the Bankruptcy Code. A copy of the Order of Discharge is attached hereto as Exhibit B, and;

    c. The Debtor has complied with all other terms and conditions of his Plan and with the requirements for discharge under the Bankruptcy Code and Rules of Bankruptcy Procedure.

WHEREFORE, the Debtor, Marcello H. D'Landazuri, respectfully request that this Court enter an Order directing BAC Home Loan Servicing and Specialized Loan Servicing, LLC to release its (their) lien from the Debtor's real property and for such other and further relief as this Court may deem appropriate.

Date:   SEPTEMBER 28  2015             Marcello H. D'Landazuri, Debtor,

                                       By: /s/ Derrick B. Hager
                                            Debtor's Attorney

Derrick B. Hager, Attorney at Law
1525 Kautz Rd. Suite 400
West Chicago, IL 60185
 630-587-7490, 630-587-7493fax