UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-38486 |
| Marcello H. D'Landazuri | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Bruce W. Black |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER AVOIDING LIEN**

    1. Debtor has filed a Motion for a Final Order to determine that the conditions precedent required to avoid the second mortgage lien of BAC Home Loan Servicing have been met such that second mortgage lien holder BAC Home Loan Servicing and its Transferee, Specialized Loan Servicing, LLC should be ordered to release its (their) lien.

    2. This matter coming on for hearing before the Court on Debtor's Motion, proper notice having been made, no objections having been stated;

IT IS HEREBY ORDERED THAT:

a. The second mortgage held by BAC Home Loan Servicing and transferred to Specialized Loan Servicing, LLC and recorded with the Will County Recorder of Deeds respecting:

6009 Brooke Ridge Dr., Plainfield, Illinois 60586, Permanent Index Number 06-03-29-305-010-0000 Will County Recorder document number R2006084093 recorded May 23, 2006, legally described as LOT195, IN BROOKSIDE SUBDIVISION PHASE 1, BEING A PART OF THE SOUTH 100 ACRES OF THE WEST 1/2 OF SECTION 29, TOWNSHIP 36 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OCTOBER 4, 1995, AS DOCUMENT NO. R95-75244, IN WILL COUNTY, ILLINOIS

is wholly unsecured;

b. In accordance with the provisions of 11 U.S.C. Section 506(d), said lien is avoided;

c. The debtor has completed all his Plan payments and received a discharge under 11 U.S.C. Section 1328(b);

d. Specialized Loan Servicing shall record a release of lien with the Will County Recorder of deeds within 30 days of this order;

e. Debtor may record a copy of this order to establish of record that the lien is avoided.

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: October 23, 2015

**Prepared by:**

Derrick B. Hager, PC
Derrick B. Hager, Attorney at Law
1525 Kautz Rd. Suite 400
West Chicago, IL 60185
630-587-7490